**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RANDOLPH RANDY YOUNG** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 10-1506** |
| | : | |
| **CURRAN-FROMHOLD** | : | |
| **CORRECTIONAL FACILITY** | : | |

## ORDER

**AND NOW**, this 14th day of April, 2010, the plaintiff having failed to complete his application to proceed *in forma pauperis* and having failed to include a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of his complaint, it is **ORDERED** as follows:

1. The petition to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE**;

2. If petitioner files with the Clerk within twenty (20) days from the date of this Order a completed *in forma pauperis* application and a certified copy of his inmate trust fund account statement for the six-month period preceding the filing of his complaint and obligates himself to pay the $350.00 filing fee, this action will be reinstated; and

3. The Clerk of Court shall **CLOSE** this action statistically.

　　　　　　　　　　　　　　　　　　　 /Timothy J. Savage
　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.